## Bates *vs.* Slade & Etheridge.

EQUITY, FROM MUSCOGEE. Title. Trespass. Injunction. (Before Judge Willis.)

Blandford, J.—The defendant purchased three acres of land in the

southwest corner of lot number sixty-one, in the shape of a triangle; the defendants owned sixty-one acres, embracing the northwest corner of lot number sixty two, which lay immediately south of lot number sixty-one, in the Cowetta Reserve of Muscogee county. The defendant, who had a brick yard, adjacent, entered upon three and one-fourth acres in the northwest corner of lot number sixty-two and was excavating and removing the dirt to his brick yard, when a bill was filed to enjoin him from so doing:

Held, that defendant had no title to the land so entered upon, and on the final trial a verdict and decree enjoining him from interfering therewith was right.

(a) No error in the rulings below appears.

Judgment affirmed.

W. A. Little ; Peabody, Brannon & Battle, for plaintiff in error.

Goetchius & Chappell, for defendant.